IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-30341 |
| | | Chapter 11 |
| JFK HEATING & COOLING, LLC, | : | Judge Guy R Humphrey |
| Debtor and Debtor-In-Possession. | : | |

**APPLICATION OF JFK HEATING & COOLING, LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT T FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, COMBINED WITH NOTICE HEREIN**

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

**You are hereby notified** that the Debtor has filed papers with the Court requesting an Order pursuant to the above referenced Motion, Application and/or Objection (hereinafter called the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before Twenty-One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

> The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
> Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also provide a copy of your response to Patricia J Friesinger.  You may either electronically serve Patricia J. Friesinger through the court's ECF System or mail a copy to the following address: Patricia J. Friesinger, Coolidge Wall, Co, L.P.A, 33 W. First Street, Ste. 200, Dayton, OH 45402.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's Motion and may enter an order granting that relief.

| | |
|---|---|
| March 8, 2021 | */s/Patricia J. Friesinger* |
| Date of Issuance | Patricia J. Friesinger |

1

# MOTION

JFK Heating and Cooling, LLC, Debtor and Debtor-In-Possession ("Debtor") hereby submits this application (the "Application") to this Court pursuant to section 327(e) of the Bankruptcy Code, and FRBP 2014, for the entry of an Order authorizing the retention of Patricia J. Friesinger ("Friesinger") and the law firm of Coolidge Wall Co., L.P.A. (the "Firm") as general counsel for the Debtor *nunc pro tunc* as of the Petition Date (as defined herein) in this Chapter 11, Subchapter V proceeding. In support of this Application, the Debtor submits the affidavit of Friesinger, a shareholder of the Firm, which is attached as Exhibit "A." A proposed Order granting the Application is attached hereto as Exhibit "B."

Attached is the Memorandum in Support.

JFK HEATING & COOLING, LLC

*/s/ Jason Kirby*

By: Jason Kirby
Its: Sole Member

Respectfully submitted,

*/s/ Patricia J. Friesinger*

Patricia J. Friesinger (0072807)
33 W. First Street, Ste. 200
Dayton, Ohio 45402
Tel: (937) 449-5776 Fax: (937) 223-6705
E-mail: friesinger@coollaw.com

*Proposed Counsel for Debtor and Debtor-In-Possession JFK Heating & Cooling, LLC*

# MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The subject matter of this Application is a core proceeding pursuant 27 U.S.C. § 157(b)(2).

2. The statutory basis for the relied requested herein are sections 105(a), 327, 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rules

2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and LBR 2014-1.

## BACKGROUND

3.     On March 8, 2021 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition under Chapter 11, Subchapter V, of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is operating its business and managing its affairs as a debtor-in-possession.

4.     The Debtor is a limited liability corporation in the State of Ohio as of Ohio, as a heating and cooling company with its principal place of business in Dayton, Ohio.

5.     The Debtor filed this Chapter 11, Subchapter V proceeding in order to reorganize its debts and maintain its operations and employees.

## RELIEF REQUESTED

6.     Your applicant seeks to employ and retain the Friesinger and the Firm as its counsel with regards to the filing and prosecution of this Chapter 11, Subchapter V case and all related matters, effective *nunc pro tunc* as of the Petition Date. Accordingly, the Debtor respectfully requests entry of an order pursuant to 327(a) of the Bankruptcy Code authorizing it to employ Friesinger and the Firm as its general bankruptcy counsel under a general retainer to perform the legal services that will be necessary during this Chapter 11, Subchapter case.

7.      Friesinger and the Firm are well qualified to represent the Debtor.  Friesinger and the Firm are familiar with the Debtor's business affairs and may of the potential legal issues that may arise in connection with this Chapter 11, Subchapter V case.  The Firm is familiar with the Debtor's business, property, financial affairs and capital structure. In selecting the Firm as general bankruptcy counsel, the Debtor considered the Firm's knowledge, expertise and experience in reorganization

and bankruptcy law. In addition, the Firm's attorneys responsible for representing the Debtor in matters relating to its reorganization are members of the restructuring, reorganization, corporate and bankruptcy practice groups, with experience in a wide range of bankruptcy cases. Therefore, the Debtor believes that the Firm is well qualified to serve as its bankruptcy counsel and that retention of the Firm is in the best interest of the estate.

8. Your applicant desires to employ Friesinger and the Firm on an hourly rate basis, with compensation proposed as set forth below;

9. Friesinger is a partner of the Firm and from time to time, other attorneys and other professionals of the firm may be called upon to perform legal services for the applicant in the within matter at the following standard hourly rates in 2021 at $310.00 per hour for Friesinger's time; in 2021 at $190.00 - $450.00 per hour for attorney time; and in 2021 at $140.00 - $215.00 per hour for paralegal time (said rates are reviewed and revised for all clients in January of each year). All fees are subject to application and allowance by this Court; and it is desired that the Firm be named "General Counsel."

10. The professional services that Friesinger and the Firm will render to the Debtor include, but not limited to, the following:

    a. advise the Debtor with respect to its powers and duties as the debtor-in-possession in the continued management and operation of its business;

    b. attend meeting and negotiate with representatives of creditors and other parties of interest;

    c. take all necessary action, in accordance with the Trustee, to protect and preserve the Debtor's estate, including the prosecution of actions on the Debtor's behalf, the defense of any action commenced against the Debtor, negotiations concerning all litigation in which the Debtor is involved, and objections to claims filed against the estate;

    d. prepare on behalf of the Debtor certain motions, applications, answers,

    orders, reports and papers necessary to the administration of the estate;

  e. promote the plan of reorganization, disclosure statement, and all related agreements and/or documents filed contemporaneously herewith or hereafter, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan, as necessary;

  f. advise the Debtor in connection with any potential sale of assets;

  g. appear before this Court, any appellate courts and the United States Trustee and protect the interests of the Debtor's estate before such Courts and the United States Trustee;

  h. consult with the Debtor regarding tax matters; and

  i. perform all necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11, Subchapter V case.

11. To the best of the Debtor's knowledge, and except as disclosed in the Affidavit, Friesinger and the Firm have not represented the Debtor's creditors, equity security holders, or any other parties-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, in any matter relating to the Debtor or its estate.

12. The Debtor desires to retain Friesinger and the Firm under the retainer arrangement set forth in the Affidavit because of the extensive legal services that may be required and the fact that the matter and extent of such services are not known at this time. To the best of the Debtor's knowledge, Friesinger and the Firm do not hold or represent any interest adverse to the Debtor's estate, Friesinger and the Firm are a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and Friesinger and the Firm's employment is necessary and in the best interests of the Debtor's estates.

13. On January 20, 2021, the Firm received payment from the Debtor totaling $15,000.00 for its prepetition services and expenses rendered on behalf of the Debtor in connection with general

representation and preparation and commencement of this Chapter 11, Subchapter V proceeding. The Firm shall retain the deposit to be applied to any fees, charges, and disbursements which remain unpaid at the end of this case as ordered by the Court.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an Order, substantially in the form simultaneously filed herewith, (i) authorizing the Debtor to employ Friesinger and the Firm as attorneys for the Debtor in this Chapter 11, Subchapter V proceeding; and (ii) granting such further relief as is just and proper.

| | |
|---|---|
| JFK HEATING & COOLING, LLC | Respectfully submitted, |
| */s/ Jason Kirby* | */s/ Patricia J. Friesinger* |
| By: Jason Kirby<br>Its: Sole Member | Patricia J. Friesinger (0072807)<br>33 W. First Street, Ste. 200<br>Dayton, Ohio 45402<br>Tel: (937) 449-5776  Fax: (937) 223-6705<br>E-mail: friesinger@coollaw.com<br><br>*Proposed Counsel for Debtor and Debtor-In-Possession JFK Heating & Cooling, LLC* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **APPLICATION OF JFK HEATING AND COOLING, LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT T FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, COMBINED WITH NOTICE HEREIN** was caused to be served on this the 8th day of March, 2020 as follows:

Upon the following, pursuant to the Court's ECF Noticing Service

- **Asst US Trustee (Day)**    USTPRegion09.CB.ECF@usdoj.gov

**Upon the following via Overnight mail to**:

BlueVine Capital, Inc.
401 Warren St., #300
Redwood City, CA 94063

Capital One
PO Box 85520
Richmond, VA 23285

Capitol One
P.O. Box 6492
Carol Stream, IL 60197

Celtic Bank Corporation
c/o Reese Howell, Jr. CEO
268 South State Street, Suite 300
Salt Lake City, UT 84111

Credibly of Arizona LLC
4026 N. Miller Road, Ste. B200
Scottsdale, AZ 85251

Cross River Bank
885 Teaneck
Teaneck, NJ 07666

Huntington Bank
PO BOX 182387
Columbus, OH 43218-2387

Idea 247, Inc.
c/o Justin Leto
801 E. Main St., Ste. 1008
Oilville, VA 23129

Nissan Motor Acceptance
PO BOX 740849
Cincinnati, OH 45274-0849

Time Payment Corp
1600 District Ave., Ste. 200
Burlington, MA 01803

U.S. Small Business Administration
SBA Disaster Loan Servicing Center
2 North 20th Street, Ste. 320
Birmingham, AL 35203

US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
US Attorney's Office
200 W. Second Street, Suite 602
Dayton, OH 45402

**On the following Via regular mail to:**

Alec Bushman
18 Lilliedale Lane
Hamilton, OH 45015

Allan Fark
1281 Garden Gate Ln
Lebanon, OH 45036

Amy Temple
1268 Artesian Ln
Fairborn, OH 45324

Becky Pressel
3533 Haven Court
Dayton, OH 45432

Beverly See
8839 Washington Colony Drive
Dayton, OH 45458

Brent Alford
6304 Pebble Ridge Ct
Hamilton, OH 45011

Bryce Merz
825 Chestnut Street
Xenia, OH 45385

Catherine T. Johnson
5845 Dakota Court
Hamilton, OH 45011

Clint Fiely
7670 Whispering Oaks Trl
Tipp City, OH 45371-9226

Colin McCloskey
6917 Morrow Drive
Dayton, OH 45415

Danielle Shostak
1779 Westport Drive
Kings Mills, OH 45034

Dave Boyes
13 Old Pond Road
Springboro, OH 45066

Debbie Waits
2154 Dayton-Xenia Rd
Dayton, OH 45434

Don Davis
5391 Marshall Rd
Dayton, OH 45429

Ember Kirby
2535 Ashcraft Road
Dayton, OH 45414

Gary Harmon
4545 Byron Road
Fairborn, OH 45324-9407

Habegger Supply House
4995 Winton Road
Cincinnati, OH 45232

Harold Shanks
10717 Creek Stone Ct.
Dayton, OH 45458

James King
3800 S. Kessler Road
West Milton, OH 45383-8722

James Zhang
2671 Wyndham Drive
Dayton, OH 45431

Jane Behler
156 Lakengren Drive
Eaton, OH 45320

Jane Behler
5536 Monica Drive
Fairfield, OH 45014

Jason Kirby
2535 Ashcraft
Dayton, OH 45414

JFK Plumbing and Drain Cleaning, LLC
2524 Nordic Road
Suite B
Dayton, OH 45414

Joanne Conners
27 Laurelgrove
Englewood, OH 45322

Joe Lindsey
4041 Mergate Drive
Fairborn, OH 45324

Joe Wantuch
7510 Timberview Drive
West Chester, OH 45069

John Osenkowsky
5919 Bramblewood Court
Dayton, OH 45424

Ken Simmons
7773 Brightfied Ct
Middletown, OH 45044

Kenneth Smart
9825 Lincolnshire Drive
Miamisburg, OH 45342

Kevin Clark
2371 Clubside Drive
Dayton, OH 45431

Kurt Kallio
1984 Turnbull Rd.
Dayton, OH 45432

Mande Harris
225 N. Main Street, Apt. 23
Dayton, OH 45402

Matthew Miller
4550 Wesley Court
Mason, OH 45040

Mychael O'Brien
3118 Palm Drive
Dayton, OH 45449

Nancy Nichols
357 Monteray Ave.
Dayton, OH 45419

Nathan Floom
3620 Glaser Drive
Dayton, OH 45429

Nicholas Wilson
1113 Woodland
Xenia, OH 45385

Olga Young
6822 Grovebelle Drive
Dayton, OH 45424

Paulette Kalin
326 Weathersfield
Dayton, OH 45440

Ramona Gillis
2147 Granada
Dayton, OH 45431

Rita Reynolds
462 W. Pekin Rd.
Lebanon, OH 45036

Robert Neal
104 Castanea Drive
Mason, OH 45040

Robert Neal
105 Castanea Drive
Mason, OH 45040

Robert Neal
322 Kingsmill Rd.
Mason, OH 45040

Rosa Lee Stepp
4833 Barnhart Ave.
Dayton, OH 45432

Sheila Delatte
2806 Stefan Pl
Dayton, OH 45431

Steve Lamb
2413 Gardner
Fairborn, OH 45324

Symphony Mobilex
2520 Nordic Rd.
Dayton, OH 45414

Teresa Kopp
3499 Pebble Creek
Dayton, OH 45432

Terrill Aitken
555 Horizon Place
Dayton, OH 45430

Todd Monnier
1152 Reveres Run
Lebanon, OH 45036

Tom Clark
3995 Willowcrest Road
Dayton, OH 45430

Walter Coyle
607 W. Funderburg Road
Fairborn, OH 45324-2344

William Enouen
700 Murell Drive
Dayton, OH 45429

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger

## Exhibit A

## AFFIDAVIT OF PATRICIA J. FRIESINGER

**STATE OF OHIO** )
                              ) SS:
**COUNTY OF MONTGOMERY** )

I, Patricia J. Friesinger, being duly cautioned and sworn, depose and state as follows:

1. I am an adult over the age of eighteen and am competent to testify to the matters herein.

2. To the best of my knowledge, neither myself, the firm of Coolidge Wall Co., L.P.A., nor any employee thereof, insofar as I have been able to ascertain, has any connection with the above-named Debtor(s) or creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

| Party | Specifics |
|---|---|
| Capital One Financial | This is a former client previously represented by a former attorney of the firm. No work has been done for this client since 2008. Ms. Friesinger has not been involved in representing this client. No representation of this client was undertaken as relates to the debtor or this debt. |
| Huntington National Bank | This is a former client of a former attorney in the firm and a current client of an attorney in the firm with a limited role in representation as to employment/labor issues ONLY. Ms. Friesinger has and continues to represent interests adverse to Huntington National Bank pursuant to a blanket waiver of conflict. No representation of this client was undertaken as relates to the debtor or this debt. |
| US Trustee's Office | Ms. Friesinger has been appointed as a Chapter 7 panel trustee and, as such, reports to the US Trustee's office in that capacity. |

3. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, has a known past or present relationship to the debtor(s), any creditor, or equity security holder of the debtor, except that in my years as a practicing bankruptcy attorney, I have frequently appeared as opposing counsel in other bankruptcy cases. I may have had incidental contact with some of these creditors in the course of

my representation of debtors, other creditors, and chapter 7 trustees, but these contacts do not represent conflicts of interest in my estimation, particularly since the proposed representation does not include determination of claims.

      4.      To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, holds any interest adverse to the estate in the matters upon which I am to be engaged nor has any business interest in the debtor(s) and each is a disinterested person within the meaning of 11 U.S.C. §101(14).

      5.      To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, employment would be prohibited by or improper under Bankruptcy Rule 5002.

FURTHER AFFIANT SAYETH NAUGHT

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger

Sworn to and subscribed in my presence by the aforementioned this 8th day of March, 2021.

*/s/ Amanda M. Farris*
_____
Notary Public

[Seal]  AMANDA M. FARRIS, Notary Public
       In and for the State of Ohio
       My Commission Expires MAY 3, 2021

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-30341 |
| | | Chapter 11 |
| JFK HEATING & COOLING, LLC, | : | Judge Guy R Humphrey |
| | | |
| Debtor and Debtor-In-Possession. | : | |

**ORDER GRANTING APPLICATION OF JFK HEATING AND COOLING, LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION [DOC.  ]**

**THIS MATTER** is before the Court pursuant to the Application of JFK Heating and Cooling, LLC, Debtor and Debtor-In-Possession to employ Patricia J. Friesinger, Esq. and Coolidge Wall Co., L.P.A. *nunc pro tunc* filed herein on _____ [Doc. __] (the "Counsel Application"). Upon the Court's review of the Counsel Application, the exhibits thereto and for good cause shown, the court hereby finds that Patricia J Friesinger is an attorney duly authorized to practice in this Court, Patricia J. Friesinger does not hold or represent any interest adverse to the estate and is a disinterested person.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that JFK Heating and Cooling,

1

LLC, herein be and hereby is authorized to employ Patricia J. Friesinger to represent the Debtor and Debtor-In-Possession according to the terms set forth in the Counsel application and further that the firm of Coolidge Wall Co., L.P.A. be, and hereby is, designated as "General Counsel," effective as of the date of the Counsel Application.

**SO ORDERED.**

cc: Default List

2